UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED
07/11/2025
LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

MUSTAFA OMAR,

    Plaintiff,

v.

CARLOS WILLIAMS

and

WESTERN EXPRESS, INC.

    Defendant.

Civil Action No. 5:25cv00065

## NOTICE OF REMOVAL

Defendants Western Express, Inc. ("Western Express") and Carlos Williams ("Williams") (collectively "Defendants") by counsel, file this *Notice of Removal* as follows:

    1.    Plaintiff Mustafa Omar, ("Plaintiff") filed his Virginia state court Complaint in the Circuit Court for the County of Frederick, Virginia, located at 5 North Kent Street, Winchester, Virginia 22601.

    2.    This is a civil action based on Plaintiff's contention that Defendants are liable or vicariously liable for alleged negligence.

    3.    Plaintiff is a citizen of Ohio.

    4.    Western Express is a business entity that is incorporated and has its principal place of business in Nashville, Tennessee.

    5.    Carlos Williams is an individual and a citizen of Indiana.

6. Removal is proper because this case involves a suit between citizens of different states and the amount in controversy exceeds $75,000. This entire suit is removable under 28 U.S.C. § 1441(b) and 28 U.S.C. § 1446.

7. Venue is proper in this district under 28 § U.S.C. 1446(a) because the state court where the suit has been pending is located in this district and division.

8. Removal is timely pursuant to 28 U.S.C. § 1446(b) because Defendants filed this Notice of Removal within 30 days of service of Plaintiff's state court pleading.

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, documents, and orders in this case has been attached as **Exhibit A**.

10. Both Defendants agree to removal and there are no other co-defendants. Thus, no additional notice is required pursuant to 28 U.S.C. § 1446(b).

11. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Circuit Court for the County of Frederick, Virginia.

12. Plaintiff has requested a jury trial.

WHEREFORE, Defendants Western Express, Inc. and Carlos Williams respectfully request that this Court assume full jurisdiction over the proceeding as provided by law.

Respectfully submitted,

**CARLOS WILLIAMS &
WESTERN EXPRESS, INC.**

By Counsel

/s/
Terrence L. Graves, Esq. (VSB No.32705)
A. Moshe Sherman, Esq. (VSB No.91068)
Sands Anderson PC
919 East Main Street, Suite 2300
P.O. Box 1998
Richmond, VA  23218-1998


Telephone: (804) 648-1636
Facsimile: (804) 783-7291
tgraves@sandsanderson.com
msherman@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2025, I electronically filed the foregoing using the Court's CM/ECF system, which will then send a notification of such filing ("NEF") to all counsel of record and also mailed via U.S. first class mail, postage prepaid, and emailed a copy of the foregoing to:

M. Alexandra Hazel (VSB No. 78575)
Skinner Law Firm
P.O. Box 487
115 E. Washington Street
Charles Town, WV 25414
Telephone: (304) 725-7029
Facsimile: (304) 725-4082
hazel@skinnerfirm.com
*Counsel for Plaintiff*

                /s/