CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
October 10, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| Mustafa Omar, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:25-cv-00065 |
| Carlos Williams, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal (Dkt. 10), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  It is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**.  The Court shall, however, retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, as stipulated by the parties.

**ENTERED** this 10th day of October, 2025.

_____
HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE